UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  CYNTHIA MATOS : Case No. 12-14001REF
      Debtor : Chapter 7

# ORDER STAYING CERTAIN PROCEEDINGS PERTAINING TO MAXIMO MATOS PURSUANT TO SECTION 522 OF THE SERVICEMEMBERS CIVIL RELIEF ACT

AND NOW, this 23rd day of May, 2012, upon the request of U.S. Army Sergeant Maximo Matos ("Requester") for a stay of all proceedings in the above Chapter 7 bankruptcy of Requester's sister, Debtor in the above case, pursuant to the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. §522 (the "Request for Stay"), filed in this Chapter 7 case, and upon the accompanying Statement in Support of Order Staying Certain Proceedings Pertaining to Maximo Matos Pursuant to SCRA Section 522,

IT IS HEREBY ORDERED that any and all proceedings relating in any way to Requester, the Property, the Mortgage Debt, or discharge of any claim that Requester might have are hereby stayed through and until September 30,

2012, pursuant to SCRA Section 522, 50 U.S.C. §522, from any and all action whatsoever.

    IT IS FURTHER ORDERED that no other facet or aspect of Debtor's Chapter 7 proceeding is stayed from any action or administration.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge